Ulvar W. Klein
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
Attorney for Calvin J. Hunt

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CALVIN J. HUNT, <br><br> Defendant(s). | Case No. 1:21-CR-2029-SAB-2 <br><br> DEFENDANT HUNT'S PROPOSED JURY INSTRUCTION |

COMES NOW the defendant, Calvin J. Hunt, through his attorney, Ulvar W. Klein, and submits the following proposed jury instructions.

- 1 -

2nd Street
LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

PROPOSED JURY INSTRUCTION NO. 1

The defendant, Calvin James Hunt, is charged in the indictment with involuntary manslaughter in violation of Section 1112 of Title 18 of the United States Code. For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, between on or about March 27, 2020, and on or about March 29, 2020, in the Eastern District of Washington, the defendant committed an act or omission that might produce death, to wit: the defendant allowed S.R., a minor child, to be in an area, to wit: a camper-trailer on property located at 10891 West Wapato Road, the defendant knew to contain pills and residue from the use of pills the defendant believed contained and had reason to believe contained fentanyl;

Second, the defendant had a duty at the time to protect SR from the potential harm;

Third, the defendant acted with gross negligence, defined as wanton or reckless disregard for human life;

Fourth, the defendant's act was the proximate cause of the death of the victim. A

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

proximate cause is one that played a substantial part in bringing about the death, so that the death was the direct result or a reasonably probable consequence of the defendant's act;

Fifth, the death was unlawful as to this defendant;

Sixth, the defendant knew that such an act was a threat to the life of SR and knew of circumstances that would reasonably cause the defendant to foresee that such an act might be a threat to the life of SR;

Seventh, the defendant's act occurred at a place within the external boundaries of the Yakama Nation Indian Reservation, which I instruct you is in Indian Country; and

Seventh, the defendant is an Indian.

[The defendant, Calvin James Hunt, stipulates that the defendant's act occurred at a place within the external boundaries of the Yakama Nation Indian Reservation and that the defendant is an Indian.]

9th Cir. Pattern Jury Intr. 16.4 (2019); 24.14 (2019) (modified and conforming to the Indictment, ECF 192, referencing LaFave, Substantive Criminal Law, 3rd Edition, § 15.5(a) p. 723).

## PROPOSED INSTRUCTION NO. 2

While a parent is present, it is the parent's responsibility to care for and make decisions for the child. Houseguests do not assume parental status simply by being present.

See LaFave, Substantive Criminal Law, 3rd Edition, § 15.4(b), p. 726-727

# INSTRUCTION NO. 3

One has no legal obligation to aid another in peril, even when that aid can be rendered without danger or inconvenience to oneself. He need not shout a warning to blind man headed for a precipice or to an absent minded one walking into a gun powder room with a lighted candle in hand. He need not pull a neighbor's baby out of a pool of water or rescue an unconscious person stretched across the railroad tracks, though the baby is drowning or the whistle of an approaching train is heard in the distance.

LaFave, Substantive Criminal Law, 3rd Edition, § 6.2(a) p. 591



2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

Respectfully submitted November 12, 2023

/s Ulvar W. Klein
Ulvar W. Klein, WSBA 24334
2nd Street Law, PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
Fax: (509) 452-6771
ulvar@secondstreetlaw.com
Attorney for Calvin J. Hunt

CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to AUSA Tim Ohms and Michael Ellis.

*s*/ Robin Emmans
Robin Emmans
217 N. 2nd Street
Yakima, WA. 98901
509-575-0372
509-452-6771
Robin.emmans@secondstreetlaw.com

- 6 -

2nd Street
LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771