Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Timothy J. Ohms
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 14 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

CALVIN JAMES HUNT,

               Defendant.

Case No. 1:21-CR-02029-SAB-2

Stipulation

    The United States and the Defendant, Calvin James Hunt, hereby jointly stipulate and agree that the following facts are true and could be proved beyond a reasonable doubt at trial. The parties jointly agree to recommend that the Court read the below stipulated facts to the jury at an appropriate time during the upcoming trial and instruct the jury that the below stipulated facts have been proved beyond a reasonable doubt.

    1. The Defendant, Calvin James Hunt, has some quantum of Indian blood and was a member of, or affiliated with, a federally recognized tribe – the Confederated Tribes of the Colville Reservation – on or about between March 27, 2020, and March 29, 2020. The Defendant, Calvin James Hunt, is

Stipulation

therefore an Indian, and was an Indian on or about or between March 27, 2020, and March 29, 2020.

2. The Confederated Tribes of the Colville Reservation is, and was on or about between March 27, 2020, and March 29, 2020, a federally recognized tribe.

3. The residence and surrounding property located at 10891 W. Wapato Road, Wapato, Washington 98951, is within the external boundaries of the Yakama Nation Indian Reservation and in Indian Country.

<u>Approvals and Signatures</u>

Agreed and submitted on behalf of the United States Attorney's Office for the Eastern District of Washington.

Vanessa R. Waldref
United States Attorney

_____    11-14-23
Michael J. Ellis                Date
Assistant United States Attorney

_____    11/14/23
Timothy J. Ohms                 Date
Assistant United States Attorney

I have read this Stipulation and have carefully reviewed and discussed every part of the Stipulation with my attorney. I understand that I have the right to have the United States prove every element of the charge against me beyond a reasonable doubt, and I understand that I am waiving that right as to the above facts by entering Stipulation

into this Stipulation. I understand and voluntarily enter into this Stipulation. Furthermore, I have consulted with my attorney about this Stipulation, I understand this Stipulation, and I am satisfied with the representation of my attorney concerning this Stipulation. No promises or inducements have been made to me and no one has threatened or forced me in any way to enter into this Stipulation.

_____     11/14/2023
Calvin James Hunt                              Date
Defendant

I have read the Stipulation and have discussed the contents of this Stipulation with my client.

_____     11/14/2023
Ulvar W. Klein                                    Date
Attorney for the Defendant

Stipulation