FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2023

SEAN F. McAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,

v.

CALVIN JAMES HUNT,
Defendant.

No. 1:21-CR-02029-SAB-2

**VERDICT FORM**

1. WE, THE JURY in the above-captioned case, find the defendant, CALVIN JAMES HUNT, __Guilty__

    (**Guilty** / Not Guilty)

    of the offense of Involuntary Manslaughter.

2. WE, THE JURY in the above-captioned case, find the defendant, CALVIN JAMES HUNT, __Guilty__

    (**Guilty** / Not Guilty)

    of the offense of Possession with Intent to Distribute Fentanyl.

3. WE, THE JURY in the above-captioned case, find the defendant, CALVIN JAMES HUNT, __Guilty__

    (**Guilty** / Not Guilty)

    of the offense of Use of a Communications Facility in the Commission of a Drug Felony.

    DATED this __16th__ day of __November__, 2023.

                                                    ███████████████

                                                    PRESIDING JUROR